UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DURAND TOSON,
Institutional ID No. 306713

                Plaintiff,

v.

JENNIFER S. CROZBY, *et al.*,

                Defendants.

No.  1:23-CV-00124-H

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No party objected, and the time to do so has passed.  The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error.  Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated May 22, 2026.

James Wesley Hendrix
United States District Judge